IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DESIREE L. RIVERA**                                                                                   **PLAINTIFF**

v.                           Case No. 3:20-cv-00291-KGB-JJV

**SOCIAL SECURITY ADMINSITRATION**
**COMMISSIONER**                                                                                     **DEFENDANT**

# ORDER

The Court has received the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 15).  No objections have been filed, and the time to file an objection has passed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The Court therefore affirms the decision of the Commissioner and dismisses with prejudice Desiree L. Rivera's complaint.

So ordered this 28th day of February, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge