IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DESIREE L. RIVERA**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　Case No. 3:20-cv-00291-KGB-JJV

**SOCIAL SECURITY ADMINSITRATION**
**COMMISSIONER**　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the decision of the Commissioner is affirmed.  This action is dismissed with prejudice.

So adjudged this 28th day of February, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge